**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CONSULTING CONCEPTS INT'L, INC. and
MASSIMILIANO PINCIONE,

                      Plaintiffs,

      -against-                                    19 **CIVIL** 10787 (AKH)

## **JUDGMENT**

KINGDOM OF SAUDI ARABIA and
CONSUMER PROTECTION ASSOCIATION,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 1, 2021, Defendants' motion to dismiss is granted, and Plaintiffs' motion for pre-answer jurisdictional discovery is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       April 1, 2021

                                                     **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                   **BY:** _____
                                                      **Deputy Clerk**